IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GEORGE W. BEARDSLEY,                    )        Civil No. C09-5260 JRC
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        ORDER GRANTING STIPULATED
                                        )        MOTION FOR
                                        )        EXTENSION OF TIME
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security         )
                                        )
            Defendant                   )
_____ )

      Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall

have an extension to and including August 27, 2009, to file Plaintiff's Opening Brief.  It is further

ORDERED that Defendant shall have to and including September 24, 2009, to file Defendant's

Responsive Brief.  It is further ORDERED that Plaintiff shall have to and including October 8, 2009, to

file Plaintiff's Reply Brief.  Oral argument, if desired, shall be requested by October 15, 2009.

      DATED this 21st day of August, 2009.


                                        _____
                                        J. Richard Creatura
                                        United States Magistrate Judge


ORDER  [C09-5260 JRC] -1