IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| GEORGE W. BEARDSLEY, | Civil No. 3:09-cv-5260-JRC |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ will: (1) address lay witness statements and further evaluate the claimant's credibility; (2) reevaluate the claimant's residual functional capacity, addressing his shoulder impairment and taking into account all impairments; (3) address and clarify the claimant's past relevant work and classification in the Dictionary of Occupational Titles; (4) when applying the medical-vocational rules as a framework for decision-making, properly consider the claimant's correct age, transferable skills, and residual

functional capacity and clarify the capacity for work the claimant would be capable of performing.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 28th day of September, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge