1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

13
14
15
16
17
18

GEORGE W. BEARDSLEY,

       Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

       Defendant.

CASE NO.  C09-5260JRC

ORDER GRANTING MOTION
FOR ATTORNEY'S FEES AND
EXPENSES

19
20

     This matter comes before the court on a stipulated motion for attorney's fees and other

expenses under the Equal Access to Justice Act (Doc. 20).

21
22
23
24
25
26

     Having reviewed the motion and the record, the court finds the motion is properly

supported.  It is hereby ordered that motion is GRANTED.  Attorney fees in the amount of

$3,173.22, expenses in the amount of $56.88, for a total of $3,230.10, shall be awarded to

Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the

amount of $376.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s)

shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

Dated this 28th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge